Estelle GARDEN, Respondent,

v.

**MIDWEST PETROLEUM COMPANY,
et al., Appellants.**

No. 53057.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 15, 1987.

Motion for Rehearing and/or Transfer
Denied Jan. 14, 1988.

Application to Transfer Denied
March 15, 1988.

Nick D. Vasileff, Madison, for appellants.

Sanford Goffstein, St. Louis, for respondent.

### ORDER

PER CURIAM.

Appellants Midwest Petroleum Company and Louis and Anne Levin appeal from the judgment of the trial court awarding Estelle Garden damages of $20,000.00 pursuant to the jury's verdict in her damage action against appellants for their breach of a lease agreement. The judgment of the trial court is affirmed. An extended opinion would serve no jurisprudential purpose. Rule 84.16(b).